UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 JAN -3  A 9: 56

JORGE CORONEL

v                                              3:06cv1457 (SRU)

ADVO, Inc.

## TRANSFER ORDER

The above-identified case is hereby transferred to the docket of Alfred V. Covello,

U.S.D.J., for all purposes.

All future pleadings or documents in this matter should be filed with the Clerk's Office in

Hartford and bear the docket number ____3:06cv1457 (AVC )____. Pleadings or documents filed

at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See

Local Rule 3(a) (formerly Local Rule 7 (a))].

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut, this 2nd day of January 2007.

Stefan R. Underhill
United States District Judge